HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN HOLMES, PIERINO DE SIMONE, and ANTONINA DE SIMONE, individuals<br><br>            Plaintiffs,<br><br>v.<br><br>U.S. BANKCORP, national banking association,<br><br>            Defendant. | Case No.: 2:20-cv-00153-RSM<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO AMEND THEIR COMPLAINT |

This matter having come in upon court before the undersigned upon the motion of Plaintiffs for leave to amend their Complaint; and the court having reviewed the pleadings on file with the court and having heard the arguments of counsel; it is hereby

ORDERED, ADJUDGED, AND DECREED that Plaintiffs' motion for leave to amend their Complaint is granted. Plaintiff shall file and serve its First Amended Complaint on Defendant within 14 days of entry of this order.

Order Granting Leave to Amend - 1

Attorney West Seattle, P.S.
5400 California Ave. SW Ste E
Seattle, WA 98136

DATED this 28th day of July, 2020.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

Attorney West Seattle, P.S.

_____

Eric J. Harrison, WSBA# 46129

Attorney for Plaintiffs

Order Granting Leave to Amend - 2