HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN HOLMES, PIERINO DE SIMONE, and ANTONINA DE SIMONE, individuals<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BANKCORP, national banking association,<br><br>Defendant. | NO. 2:20-cv-00153-RSM<br><br>**STIPULATION AND ORDER REGARDING EXTENSION OF DEADLINES** |

### **STIPULATION**

All parties to this action, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. The deadline for disclosure of expert testimony under FRCP 26(a)(2), currently set for August 12, 2020, should be continued until September 11, 2020.

2. The deadline for filing motions related to discovery, currently set for September 11, 2020, should be continued until October 12, 2020.

3. The deadline for the completion of discovery, currently set for October 13, 2020, should be continued to November 7, 2020.

4. These stipulated and agreed deadlines would modify the deadlines originally set in the Court's original Order Setting Trial Date and Related Dates (Dkt. #10) ("Case Schedule").

STIPULATION AND ORDER
RE EXTENSION OF DEADLINES - 1-
2:20-CV-00153-RSM

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

5. The parties have conferred and agree that there is good cause for the relief requested in this Stipulation. The original Case Schedule was established in March 2020, early in the period of the COVID-19 pandemic, and the impacts of the pandemic have delayed the progress of discovery in this case. In addition, the requested extensions are needed to accommodate scheduling issues of the parties and to ensure judicial and party efficiency by allowing the parties additional time to confer about and attempt to resolve discovery and other issues in the case without Court intervention.

6. This Stipulation is without waiver of any party's right to seek further extensions or other relief at any time.

For these reasons, the parties hereto stipulate and agree to, and respectfully and jointly request entry of, the Order set forth below.

Respectfully submitted this 10th day of August, 2020.

| | |
|---|---|
| */s/ Shawn Larsen-Bright* | */s/ Eric J. Harrison* |
| Shawn Larsen-Bright, WSBA #37066 | Eric J. Harrison, WSBA #46129 |
| Dorsey & Whitney LLP | Attorney West Seattle |
| 701 Fifth Avenue, Suite 6100 | 5400 California Ave. SW |
| Seattle, WA 98104-7043 | Seattle, WA 98136 |
| larsen.bright.shawn@dorsey.com | eric@attorneywestseattle.com |
| *Attorneys for U.S. Bank National Association* | *Attorneys for Plaintiffs* |

STIPULATION AND ORDER
RE EXTENSION OF DEADLINES - 2-
2:20-CV-00153-RSM

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

# ORDER

Based upon the foregoing Stipulation, and for good cause shown, it is hereby ORDERED as follows:

1. The deadline for disclosure of expert testimony under FRCP 26(a)(2) is hereby continued until September 11, 2020.

2. The deadline for filing motions related to discovery is hereby continued until October 12, 2020.

3. The deadline for the completion of discovery is hereby continued to November 7, 2020.

IT IS SO ORDERED this 11th day of August, 2020.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER
RE EXTENSION OF DEADLINES - 3-
2:20-CV-00153-RSM

DORSEY & WHITNEY LLP
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused to be served the foregoing on the following counsel of record by the method indicated:

| Eric J. Harrison, WSBA #46129<br>Attorney West Seattle<br>5400 California Ave. SW<br>Seattle, WA 98136<br>eric@attorneywestseattle.com<br>*Attorneys for Plaintiffs* | ☐ Via Messenger<br>☐ Via Facsimile<br>☐ Via U.S. Mail<br>☐ Via Electronic Mail<br>☒ Via ECF Notification |
|---|---|

Dated this 10th day of August, 2020.

*/s/ Molly Price*
Molly Price, Legal Assistant

STIPULATION AND ORDER
RE EXTENSION OF DEADLINES -
4-
2:20-CV-00153-RSM

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820