HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN HOLMES, PIERINO DE SIMONE, and ANTONINA DE SIMONE, individuals<br><br>      Plaintiffs,<br><br>v.<br><br>U.S. BANKCORP, national banking association,<br><br>      Defendant. | NO. 2:20-cv-00153-RSM<br><br>**STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS BY PLAINTIFFS PIERINO DE SIMONE AND ANTONINA DE SIMONE**<br><br>NOTE ON MOTION CALENDAR:<br>September 23, 2020 |

STIPULATED MOTION AND ORDER
OF DISMISSAL WITH PREJUDICE

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

# STIPULATION

Pursuant to FRCP 41, Plaintiffs Pierino De Simone and Antonina De Simone and Defendant U.S. Bank National Association (misidentified in the caption as "U.S. Bankcorp") ("U.S. Bank"), by and through their undersigned counsel of record, hereby stipulate and agree that all claims and causes of action by Plaintiffs Pierino De Simone and Antonina De Simone in this action shall be dismissed with prejudice, and without fees or costs to any party. For clarity, no claims by any Plaintiffs other than Pierino De Simone and Antonina De Simone are affected by this Stipulation. Plaintiffs Pierino De Simone and Antonina De Simone and Defendant U.S. Bank jointly request entry of the Order below.

SO STIPULATED this 23rd day of September 2020.

| | |
|---|---|
| */s/ Shawn Larsen-Bright* | */s/ Eric J. Harrison (by email authorization)* |
| Shawn Larsen-Bright, WSBA #37066 | Eric J. Harrison, WSBA #46129 |
| Dorsey & Whitney LLP | Attorney West Seattle, P.S. |
| 701 Fifth Avenue, Suite 6100 | 5400 California Ave. SW Ste. E |
| Seattle, WA  98104 | Seattle, WA  98136 |
| (206) 903-8800 | (206) 388-8092 |
| larsen.bright.shawn@dorsey.com | eric@attorneywestseattle.com |
| *Attorneys for Defendant U.S. Bank National Association* | *Attorney for Plaintiffs* |

STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE - 1-

DORSEY & WHITNEY LLP
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

**ORDER**

Based upon FRCP 41 and the foregoing Stipulation, all claims and causes of action by Plaintiffs Pierino De Simone and Antonina De Simone in this action shall be and are hereby dismissed with prejudice. No claims by any Plaintiffs other than Plaintiffs Pierino De Simone and Antonina De Simone are affected by this Order.

IT IS SO ORDERED this 24th day of September, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE - 2-

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of the filing to all counsel of record.

DATED this September 23, 2020.

                                            *s/ Molly Price*
                                            Molly Price, Legal Assistant

STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE - 3-

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820